IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GLENDA MAE CARLILE,

    Plaintiff,

v.                                                                                   No. 1:16-CV-01341-KRS

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## JUDGMENT

    Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing (Doc. 24) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**